DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAMES LAUGHNER,**
Appellant,

v.

**SCHOOL BOARD OF MARTIN COUNTY** and **LAURIE J. GAYLORD,**
Superintendent,
Appellees.

No. 4D17-2016

[May 3, 2018]

Appeal from the State of Florida, School Board of Martin County, Florida; L.T. Case No. 16/17:002.

Nicholas A. Caggia of Law Office of Thomas Johnson, P.A., Brandon, for appellant.

Helene Baxter, Staff Attorney, Martin County School District, Stuart, for appellees.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and TAYLOR, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***